IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KEITH ADAMS,**

    **Petitioner,**

**vs.**                                              **4:05cv169-WS/WCS**

**WARDEN JOE DRIVER,**

    **Respondent.**

_____/

## O R D E R

    Petitioner, an inmate proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1. Petitioner has failed, however, to pay the required $5.00 filing fee or, alternatively, to file an application for leave to proceed *in forma pauperis* (IFP). Review of Petitioner's petition will be deferred until the $5.00 filing fee is paid or an application for leave to proceed *in form pauperis* is submitted.

    Accordingly, it is **ORDERED:**

    1. The clerk of court shall forward to Petitioner an application for leave to proceed *in forma pauperis*.

2.  Petitioner shall have until **June 28, 2005**, to either file an application for leave to proceed *in forma pauperis*, or pay the $5.00 filing fee.

3.  Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.

**DONE AND ORDERED** on May 24, 2005.

   S/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**