**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**KEITH ADAMS,**

      **Petitioner,**

**vs.**                                                  **4:05cv169-WS/WCS**

**WARDEN JOE DRIVER,**

      **Respondent.**

_____/

## ORDER TO SHOW CAUSE ON § 2241 PETITION

Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1.  By order of May 24, 2005, he was directed to pay the $5.00 filing fee or file an application for leave to proceed in forma pauperis.  Doc. 3.  A copy of the order was returned to the clerk as "not deliverable as address[ed]," doc. 5, but Petitioner has paid the filing fee.  Through the inmate locator of the Bureau of Prisons, using Petitioner's inmate number, the court has confirmed that Petitioner remains at Three Rivers FCI. The clerk is therefore directed to let the docket reflect the address for inmate mail as indicated on the BOP website.

The Government will now be required to file an answer or other response to the § 2241 petition.  Petitioner may file a reply within the time set by this order, but is not required to do so.

The court will review the record after Respondent's arguments and Petitioner's reply (if any) are filed.  If it does not appear that a hearing or additional argument is warranted, then the undersigned will enter a report and recommendation for disposition of the § 2241 petition; if an evidentiary hearing is warranted, counsel will be appointed. § 2254 Rule 8 (applicable to § 2241 proceedings at the discretion of the court, § 2254 Rule 1(b)).

Accordingly, it is **ORDERED**:

1.  The clerk shall let the docket reflect Petitioner's address is:

> FCI Three Rivers
> Federal Correctional Institution
> P. O. Box 4200
> Three Rivers, TX 78071

2.  The clerk shall furnish a copy of the § 2241 petition (doc. 1) and this order to Respondent and the United States Attorney for this District, who shall file an answer or other pleading on or before **September 16, 2005.**  If voluminous exhibits or records are submitted in support of the answer, **paper copies shall be provided to the court**.

3.  Petitioner may file a reply, if desired, no later than **October 17, 2005**.

**DONE AND ORDERED** on July 14, 2005.

 S/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**