IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KEITH ADAMS,

    Petitioner,

vs.                                                                              4:05cv169-WS/WCS

WARDEN JOE DRIVER,

    Respondent.
_____/

## REPORT AND RECOMMENDATION

Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and paid the filing fee. Doc. 1. Though mail was returned, it appears that Petitioner was incarcerated at Three Rivers FCI at the time of filing, and he remains there. *See* doc. 6.

Three Rivers FCI is located in the Southern District of Texas. Respondent filed a motion to transfer the case to the Southern District of Texas. Doc. 7. Petitioner was given the opportunity to file objections to transfer, doc. 8, but no objections were filed.

The § 2241 petition, challenging the calculation of credit by the Bureau of Prisons, should be heard in the district of Petitioner's confinement. Doc. 1. Rumsfeld v. Padilla, 542 U.S. 426, __,124 S.Ct. 2711, 2722, 159 L.Ed.2d 513 (2004) (courts are limited by § 2241(a) to granting habeas relief "within their respective jurisdictions," and

must have jurisdiction over the custodian; the traditional rule is that the writ is "issuable only in the district of confinement.") (citations omitted).

Accordingly, it is **RECOMMENDED** that the motion to transfer case (doc. 7) be **GRANTED**, and the case transferred to the Southern District of Texas for all further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on November 1, 2005.


s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**