IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KEITH ADAMS,

        Petitioner,

v.                                                    4:05cv169-WS

WARDEN JOE DRIVER,

        Respondent.

_____

ORDER DIRECTING TRANSFER OF CASE

Before the court is the magistrate judge's report and recommendation docketed November 1, 2005. See Doc. 9. The magistrate judge recommends that this action be transferred to the Southern District of Texas. The petitioner has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 9) is adopted and incorporated by reference in this order of the court.

2. The clerk shall TRANSFER this action to the United States District Court for the Southern District of Texas for all further proceedings.

DONE AND ORDERED this December 5, 2005.

/s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE